1

2

3

4

5

6          **IN THE UNITED STATES DISTRICT COURT**

7            **FOR THE DISTRICT OF ARIZONA**

8

9   Francisco Javier Estrada,           )   No. CV 08-1358 PHX-NVW (LOA)
                                        )
10          Petitioner,                 )
                                        )   **ORDER**
11    v.                                )
                                        )
12                                      )
    Warden Ricardo Chavez,              )
13                                      )
                                        )
14          Respondent.                 )

15

16          Pending before the court is the Report and Recommendation ("R&R") of

17   Magistrate Judge Anderson (Doc. # 20) regarding petitioner's Petition for Writ of Habeas

18   Corpus filed pursuant to 28 U.S.C. § 2241 (Doc. # 1).  The R&R recommends that the

19   Petition be denied.  The Magistrate Judge advised the parties that they had ten days to file

20   objections to the R&R.  (R&R at 12 (citing 28 U.S.C. § 636(b)).  Petitioner filed

21   objections on April 23, 2009.  (Doc. # 23.)

22          The court has considered the objections and reviewed the Report and

23   Recommendation de novo.  *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that

24   the court must make a de novo determination of those portions of the Report and

25   Recommendation to which specific objections are made).  The court agrees with the

26   Magistrate Judge's determinations, accepts the recommended decision within the meaning

27   of Rule 72(b), Fed. R. Civ. P., and overrules Petitioner's objections.  *See* 28 U.S.C. §

28   636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in

1   part, the findings or recommendations made by the magistrate").

2        Insofar as the Magistrate Judge also ruled on any non-dispositive matters, error

3   may not be assigned to any defect in those rulings to the extent that an aggrieved party

4   did not file a timely objection.  Fed. R. Civ. P. 72(a) ("A party may serve and file

5   objections to the order within 10 days after being served with a copy [of the magistrate's

6   order]. A party may not assign as error a defect in the order not timely objected to.").  The

7   absence of a timely objection precludes later assignment of error in this court or in any

8   higher court of the non-dispositive rulings of a magistrate judge.  *Simpson v. Lear*

9   *Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir. 1996); *Philipps v. GMC*, 289 F.3d 1117,

10  1120-21 (9th Cir. 2002).

11       IT IS THEREFORE ORDERED that the Report and Recommendation of the

12  Magistrate Judge (Doc. # 20) is accepted.

13       IT IS FURTHER ORDERED that Petitioner's Motions for Discovery (Doc. # 17)

14  and Motion to Amend (docketed as # 19, but appearing at page 20 of Doc. # 18) are

15  denied.

16

17       IT IS FURTHER ORDERED that the Clerk of the Court enter judgment denying

18  Petitioner's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241

19  (Doc. # 1).  The Clerk shall terminate this action.

20       DATED this 14th day of May, 2009.

21

22  _____
                          Neil V. Wake
23                       United States District Judge

24

25

26

27

28